Thornton Davidson, No. 166487
Attorney at Law
2055 San Joaquin Street
Fresno, California  93721
Tel: (559) 256-9800 / Fax: (559) 256-9795
E-mail: thornton@erisalg.com

Roger K. Vehrs, No. 073018
Attorney at Law
Post Office Box 1952
Fresno, California 93718
Tel: (559) 442-4211 / Fax: (559) 442-4127

Attorneys for Plaintiff CARLOS MA

Steven D. McGee, No. 071886
Mark D. Kruthers, No. 179750
Matthew T. Besmer, No. 269138
DOWLING AARON INCORPORATED
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500 / Fax: (559) 432-4590
E-mail: smcgee@dowlingaaron.com
        mkruthers@dowlingaaron.com
        mbesmer@dowlingaaron.com

Attorneys for Defendants LESTER LUBE, INC. dba FRESNO TRUCK WASH and LESTER LEMONS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS MA,<br><br>                    Plaintiff,<br><br>vs.<br><br>LESTER LUBE, INC. dba FRESNO TRUCK WASH, and LESTER LEMONS,<br><br>                    Defendants. | Case No. 1:12-cv-01201-AWI-BAM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a) AND  ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff, CARLOS MA, and Defendants, LESTER LUBE, INC. dba FRESNO TRUCK WASH, and LESTER LEMONS that the Parties

///

agree to dismiss this action in its entirety as to all parties and with prejudice, pursuant to Fed.R.Civ.P. 41(a), each Party to bear its own fees and costs.

Dated:   January 28, 2013        DOWLING, AARON & KEELER, INC.

By: /s/ *Mark D. Kruthers*
    Steven D. McGee
    Mark D. Kruthers
    Matthew T. Besmer
    Attorney for Defendants LESTER LUBE, INC. dba FRESNO TRUCK WASH and LESTER LEMONS

Dated:   January 28, 2013

By: /s/ *Thornton Davidson*
    THORNTON DAVIDSON
    Attorney for Plaintiff CARLOS MA

Dated:   January 28, 2013

By: /s/ *Roger K. Vehrs*
    ROGER K. VEHRS
    Attorney for Plaintiff CARLOS MA

IT IS SO ORDERED.

Dated:   January 29, 2013        _____
    SENIOR DISTRICT JUDGE